513 FLINT & PERE MARQUETTE R. R. CO. vs. CIRCUIT JUDGE (Wayne), No. 15172; 65 N. W., 583; 2 D. L. N., 809.

To vacate an order permitting the filing of an amended declaration.

Denied December 30, 1895, without costs, holding that while the original declaration was upon the common counts, two of the added counts introduced a cause of action which could not be proven under the common counts, and which was barred by the statute of limitations, yet, as the other two added counts did not introduce a new cause of action, the relator was not entitled to the order prayed for.

514 NORRIS ET AL. vs. CIRCUIT JUDGE (Kent), No. 13991, 100 M., 256.

To compel respondent to vacate an order allowing the amendment of a declaration in an action for negligent malpractice, sought to be revived against relators as executors.

Denied May 18, 1894, with costs.

The only question involved was, whether the action survived under How. Stat., Sec. 7397, and the court held that the statute applied.